Case 7:19-cv-00792-KMK-PED Document 51 Filed 05/08/20 Page 1 of 1



**jackson|lewis**
Attorneys at Law

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

Representing Management Exclusively in Workplace Law and Related Litigation

| | | | |
|---|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | MINNEAPOLIS, MN | PROVIDENCE, RI |
| ALBUQUERQUE, NM | HARTFORD, CT | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ATLANTA, GA | HONOLULU, HI* | MORRISTOWN, NJ | RAPID CITY, SD |
| AUSTIN, TX | HOUSTON, TX | NEW ORLEANS, LA | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NEW YORK, NY | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | NORFOLK, VA | SALT LAKE CITY, UT |
| BOSTON, MA | KANSAS CITY REGION | OMAHA, NE | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SAN JUAN, PR |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| DALLAS, TX | MADISON, WI | PHOENIX, AZ | ST. LOUIS, MO |
| DAYTON, OH | MEMPHIS, TN | PITTSBURGH, PA | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTLAND, OR | WASHINGTON DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH | WHITE PLAINS, NY |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

**MEMO ENDORSED**

MY DIRECT DIAL IS: 914-872-6882
MY EMAIL ADDRESS IS: BRIAN.BODANSKY@JACKSONLEWIS.COM

May 8, 2020

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, New York 10601

Re: Davis v. New York Power Authority, et al.
19-CV-00792 (KMK)

Dear Judge Karas:

We represent Defendants Power Authority of New York ("NYPA"), Guy Sliker, Sangeeta Ranade, Rani Pollack, Kristine Pizzo, Paul Belnick, Justin Driscoll, Nancy Harvey and Gil C. Quinones ("Defendants") in the above matter. We write to request a 60-day adjournment of the status conference before Your Honor that is currently scheduled for June 9, 2020.

On May 7, 2020, the Parties had a status conference before Magistrate Judge Davison. In that conference, Magistrate Davison extended the Parties' discovery deadline by 60 days, to and including July 31, 2020, and scheduled a status conference for June 9, 2020, and requested that Defendants submit a letter to Your Honor requesting a corresponding 60-day extension of the June 9, 2020 conference before Your Honor. Thank you for your attention to this matter.

Respectfully yours,

JACKSON LEWIS P.C.

Brian A. Bodansky

Granted. The conference is adjourned to
9/9/20 at 11 am.

So Ordered.

5/11/20

cc: Edward Davis (via ECF & First-Class Mail)
4847-3683-8076, v. 1