UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD DAVIS,

                       Plaintiff,                     19 **CIVIL** 792 (KMK)

         -against-                     **JUDGMENT**

THE POWER OF AUTHORITY OF THE
STATE OF NEW YORK, et al.,

                     Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 2, 2022, the Defendants' Motion for Summary Judgment is granted. Judgment is entered for Defendants, and this case is closed.

**Dated:** New York, New York
         February 3, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                 **BY:**
                                                           **Deputy Clerk**